UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:04-CR-87-2H

UNITED STATES OF AMERICA )
)
v. ) O R D E R
) AMENDING JUDGMENT
CHARLES LINDBERGH BELL, )
)
Defendant. )

This matter is before the court on the government's motion filed June 9, 2009, for downward departure pursuant to Federal Rule of Criminal Procedure 35(b).

The court hereby grants the motion of the government and amends the original judgment as follows:

> It is hereby ordered that the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months on Count 1 of the Indictment.

All other aspects of the original judgment dated November 8, 2005, as amended by order dated September 29, 2008, are hereby reaffirmed.

This 11th day of August 2009.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville
#31