IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:04-CR-87-2H

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) **ORDER** |
| CHARLES LINDBURG BELL, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to reduce sentence pursuant to the First Step Act. [DE #289]. Counsel was appointed under the standing order but moved to withdraw following review of this matter. The court has now reviewed the matter and finds that defendant is not eligible for relief under the section 404 of the First Step Act. Therefore, the court denies the motion.

This 16th day of February 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26